**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
JULIO CRUZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>              Plaintiff,<br><br>     vs.<br><br>GOLDEN OX BURGER; ROY EGARI, AS TRUSTEE OF THE SHAHNAZ EGARI UNIFIED CREDIT TRUST; and DOES 1 to 10,<br><br>              Defendants. | **Case No.: 8:25-cv-00558-WLH (DFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff JULIO CRUZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  May 23, 2025          **SO. CAL. EQUAL ACCESS GROUP**


By:     */s/   Jason J. Kim*
            Jason J. Kim, Esq.
            Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**